Submitted on record and briefs March 11, reversed and remanded April 14, 1999

In the Matter of
Aaron Broich,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

AARON BROICH,
*Appellant.*

(M98-0046; CA A102179)

978 P2d 450

Hillary E. Berkman filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals from an order of civil commitment that committed him to the care of the Mental Health Division for a period not to exceed 180 days. He asserts on appeal that the trial court erred in failing to advise him of his rights under ORS 426.100(1)(d), in failing to make a complete record of the proceeding, and in determining that he was unable to take care of his basic personal needs. The state concedes that the trial court committed reversible error in failing to inform appellant of his rights under ORS 426.100(1)(d). Because we accept the state's concession and reverse on that ground, we do not reach appellant's other contentions.

Reversed and remanded.